# Exhibit 1.

3260 Tillman Drive, Suite 75
Bensalem, PA 19020

Change Service Requested

July 3, 2023

| Reference #: | 2549 |
|---|---|
| Monarch Reference #: | 32008896 |
| **Balance: $5037.41** | |
| Creditor: | SYNCHRONY BANK |
| Additional Information: | Synchrony MasterCard® Synchrony Bank |

Paul Jones
79 THOMPSON ST
SPRINGFIELD, MA 01109-3921

Choose the solution that works best for YOU.
Visit us at **www.monarchrm.com**
or scan below using your smartphone.



SETOPT

**We're here to help.** Contact us with any questions or concerns at 1-800-220-0605.



**MONARCH**
Recovery Management, Inc.

# Payment and Settlement Options are Available

At Monarch Recovery Management, we want to work together with
you to help solve your debt. For this reason, we have expanded our free payment
options to make this a quick and easy process. Monarch can also offer settlement discounts
with flexible repayment plans. Contact us today to hear more about these options.



**Online.**
Visit us at
www.monarchrm.com
and choose
"Make A Payment"
for account details or
to make a payment

**By Phone.**
Use our automated
system 24 hours a day
to make payments
and much more. Call
1-800-220-0605
choose "pay by
phone"

**A Real Person.**
Sometimes, you just
want someone to talk
you through the details.
To reach one of our
agents, please call
1-800-220-0605

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

NOTICE OF IMPORTANT RIGHTS:

SETOPT

**We're here to help.** Contact us with any questions or concerns at 1-800-220-0605.



# Payment and Settlement Options are Available

At Monarch Recovery Management, we want to work together with you to help solve your debt. For this reason, we have expanded our free payment options to make this a quick and easy process. Monarch can also offer settlement discounts with flexible repayment plans. Contact us today to hear more about these options.



**Online.**
Visit us at
www.monarchrm.com
and choose
"Make A Payment"
for account details or
to make a payment

**By Phone.**
Use our automated
system 24 hours a day
to make payments
and much more. Call
**1-800-220-0605**
choose "pay by
phone"

**A Real Person.**
Sometimes, you just
want someone to talk
you through the details.
To reach one of our
agents, please call
**1-800-220-0605**

**This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**

<u>NOTICE OF IMPORTANT RIGHTS:</u>
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE <u>DEBT COLLECTOR</u>.

Monarch Recovery Management, Inc. • 3260 Tillman Drive, Suite 75 • Bensalem, PA 19020
Toll Free 1-844-280-6009 or 1-215-281-7500 • Hours: M-TH 8am – 9pm EST, F 8am – 5pm EST

SETOPT 513168 MRM.WFD 00000082 Page 1 of 2

# Exhibit 2.

| NOTICE OF VIRTUAL SMALL CLAIMS TRIAL | DOCKET NUMBER 2323SC002694 | Trial Court of Massachusetts District Court Department |
|---|---|---|

**CASE NAME**  Synchrony Bank vs. Paul Jones

| ATTORNEY (OR PARTY) TO WHOM A COPY OF THIS NOTICE IS ISSUED | COURT NAME, ADDRESS & TELEPHONE |
|---|---|
| Paul Jones<br>79 Thompson St<br>Springfield, MA 01109 | Springfield District Court<br>50 State Street<br>PO Box 2421<br>Springfield, MA 01101<br>(413)748-8600 |

| DATE AND TIME OF SMALL CLAIM TRIAL | COURT'S GENERAL EMAIL ADDRESS |
|---|---|
| | springfielddccivil@jud.state.ma.us |

**JUDGE OR MAGISTRATE (if already assigned)**

02/15/2024 10:00 AM

Virtual Magistrate Trial - Small Claims

**YOUR HEARING IS SCHEDULED TO BE HELD BY VIDEO CONFERENCE**
If you do not have access to the Internet or have reason why this case should be scheduled for an in-person appearance at the courthouse, or have any other reason why this case shoud be rescheduled to a different date or time; you must contact the clerk-magistrate's office by telephone or at the e-mail address displayed on this form at least 3 days before the scheduled hearing to request other arrangements.

**^^^ DO NOT APPEAR AT COURTHOUSE - SMALL CLAIMS ^^^
HEARING TO BE HELD BY VIDEO CONFERENCE**

**TO THE PARTIES TO THIS CASE:**

Enclosed is a copy of the small claim "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated on the notice form. The purpose of this hearing notice is to inform you that this court has scheduled a **VIRTUAL SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

The scheduled hearing is to be held by VIDEO CONFERENCE, **DO NOT APPEAR AT THE COURTHOUSE**. The Trial Court uses the ZOOM Application to conduct Small Claims Hearings. Information on how to access remote hearings can be found at https://www.mass.gov/doc/guide-to-virtual-hearings/download.

You are required to participate in the scheduled Video Small Claims hearing to present your side of the case and to offer any witnesses or other evidence that you wish. If you intend to offer written evidence, pictures or documents at the hearing, they must be e-mailed to the clerk-magistrate at the above court e-mail address under the subject "SMALL CLAIMS" at least 3 days in advance of scheduled hearing.

If you have not previously provided an e-mail address, please contact the court to provide an e-mail address.

If you require an **interpreter**, please contact the clerk's office as soon as you receive this notice for interpreter arrangements to be made.

Failure to contact the clerk-magistrate as indicated above, or participate in your scheduled virtual Small Claims trial may result in either dismissal of the plaintiff's claim or entry of default against the defendant.

Video conferences conducted by the Trial Court are court hearings and you may not privately record the proceedings or take photos or screenshots without prior permission of the Court.

Further information concerning small claims process and procedure can be found on the Trial Court website at: https://www.mass.gov/small-claims.

**ZOOM ACCESS INFORMATION: MEETING NUMBER AND PASSWORD**
ZOOMGOV.COM
MEETING ID.: 160 754 5303
If you have any questions, please call the Small Claims Dept. (413) 748-7977, (413) 748-8665, (413) 748-8668 or (413) 748-7979.

| DATE ISSUED | CLERK-MAGISTRATE |
|---|---|
| 9/29/23 | John S. Gay |

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN.

DC075: 10/14/2020        www.mass.gov/courts        Date/Time Printed:09-29-2023 10:34:13

Date Filed: 9/26/2023 9:52 AM
District Court - Springfield
Docket Number:

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only)  233535A 21-94 | Trial Court of Massachusetts Small Claims Session |  |
|---|---|---|---|

**NOTICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place or business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):
    Springfield District Court

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff | PLAINTIFF'S ATTORNEY (if any) | |
|---|---|---|
| Pltf. Name:      Synchrony Bank | Atty. Name:      Erin M. Reczek, Esq. | |
| Address: 170 West Election Rd, Suite 125 | Address:      89 Newbury Street, Suite 106 | |
| City/State/Zip: Draper, UT 84020 | City/State/Zip:      Danvers, MA 01923 | |
| Phone No.: | Phone No.:      978-834-6600      BBO NO.      658898 | |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| Def. #1 Name:      PAUL JONES | Def. #2 Name: |
|---|---|
| Address:      79 THOMPSON ST | Address: |
| City/State/Zip:      SPRINGFIELD MA 01109-3921 | City/State/Zip: |
| Phone No.:      888/680-4667 | Phone No.: |

**PLAINTIFF'S CLAIM:** The Plaintiff claims that the Defendant(s) OWE $5,037.41 plus * $176.97 court costs for the following reasons:

On or about June 6, 2022, Defendant entered into a contract for the extension of credit with Synchrony Bank (Synchrony MasterCard®). Defendant incurred charges on the account which was assigned account number ending 2518. Defendant breached the contract by failing to make payments due on the account pursuant to the terms of the contract. Defendant's last payment toward the account was on October 23, 2022 in the amount of $150.00. As a result, Defendant's account was charged off on May 7, 2023 with a balance of $5,037.41.

*Plaintiff seeks a Judgment for the balanced owed plus total costs of $ 176.97 . The total cost consists of the complaint filing fee plus the efileMA fee.

**SIGNATURE OF PLAINTIFF: X /s/ Erin M. Reczek**                    **Date:** September 11, 2023

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation:      ☒ YES  ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military.          ☐ I am unsure if the above defendant(s) is (are) in the military.

**SIGNATURE OF PLAINTIFF: X /s/ Erin M. Reczek**                    **Date:** September 11, 2023

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."