UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINACIAL d/b/a SYNCHRONY BANK et al<br><br>Defendant. | Civil Action No. 3:24-CV-30027 |

**Joint Statement to the Court**

**Introduction**

This Joint Statement is submitted by Plaintiff, Paul Jones, and the Defendants in [Case Name].

**Settlement Proposal**

The Plaintiff sent a settlement proposal to all Defendants on May 10, 2024. As of May 13, 2024, no response has been received from defendants.

**Discovery Schedule**

The parties have discussed the discovery schedule proposed by the Defendants in their Joint Statement.

- **Amend Pleadings:** Plaintiff objects to changing the deadline to amend pleadings from November 5, 2024, to June 25, 2024. Plaintiff requires discovery to gather sufficient information to properly amend the complaint.

1

- **Admissions and Production of Documents:** Plaintiff objects to changing the deadline for admissions and production of documents from November 2024 to August 2024.

- **Depositions:** Plaintiff objects to the proposed deadline of November 25, 2025, for completing depositions other than expert depositions from January 2025.

- **Dispositive Motions:** Plaintiff objects to changing the deadline for filing dispositive motions, such as motions for summary judgment, to January 31, 2025. Plaintiff argues that, as a pro se litigant (representing himself without an attorney), he requires additional time due to the lack of support staff to assist with drafting documents, responding to discovery, and taking depositions. Plaintiff proposes maintaining the original deadline of September 18, 2025.

- **See Plaintiff and Defendants Statement Proposals attached as Exhibit 1**

### Conclusion

The parties agree on the proposed deadline for depositions. However, Plaintiff objects to the proposed deadlines for amending pleadings, admissions/production of documents, and dispositive motions.

We respectfully request the Court to consider the arguments presented and issue a revised discovery schedule that balances the needs of both parties.

Plaintiff: Paul Jones   /s/ Paul Jones        **Dated: May 13, 2024**
79 Thompson Street
Springfield, Ma 01109
617-939-5417
Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I, the Plaintiff Paul Jones, hereby certify that on this May 13, 2024, a copy of the Attached Document was served via electronic mail to All Attorneys of Record.

Paul Jones Prose          /s/ Paul Jones                                    Dated: May 13, 2024

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com


David Alan Casale

Reed Smith LLP

Global Customer Centre

20 Stanwix Street

Pittsburgh, PA 15222

412-288-5937

Fax: 412-288-3063

Email: dcasale@reedsmith.com

Hale Yazicioglu Lake

Hinshaw & Culbertson LLP

53 State Street

27th Floor

Boston, MA 02109

617-213-7000

Email: hlake@hinshawlaw.com

Elaine Carey

Hinshaw & Culbertson LLP

53 State Street

Ste 27th Floor

Boston, MA 02109

617-213-6793

Fax: 617-213-7001

Email: ecarey@hinshawlaw.com


Christopher J. Williamson

Ratchford Law Group, P.C.

89 Newbury Street

Suite 106

Danvers, MA 01923

978-834-6600

Email: cwilliamson@ratchfordlawgroup.com