# Exhibit 1

# PLANTIFF JOINT STATEMENT PROPOSAL

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINACIAL d/b/a SYNCHRONY BANK et al<br><br>Defendant. | Civil Action No. 3:24-CV-30027 |

### JOINT STATMENT

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

**1.** Initial Disclosures. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by 05/25/2024.

**2.** Amendments to Pleadings. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after: November 5, 2024.

**3.** Fact Discovery - Interim Deadlines.

**a.** All requests for production of documents and interrogatories must be served by 11/21/2024

**b.** All requests for admission must be served by 11/21/2024.

**c.** All depositions, other than expert depositions, must be completed by 01/21/2025

**d.** Final Fact Discovery Deadline. All discovery, other than expert discovery, must be completed by 12/21/2024

**4.** Status Conference. A status conference will be held at the court's discretion.

**5.** Expert Discovery.

**a.** Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 17, 2025.

**b.** Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed within 60 days of trial expert disclosure.

**c.** All trial experts must be deposed by August 30, 2025.

**6.     Dispositive Motions.**

**a.**     Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by September 18, 2025, with the opposition due 45 days thereafter. In the case of cross-motions the deadlines and page limits for the filings other than the Plaintiff's initial motion are set forth in the Session's Standing Order on Summary Judgment Motions unless specifically modified.

**7.     Initial Pretrial Conference.** An initial pretrial conference will be held on

TBD at _____ a.m./p.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

8. The plaintiff and counsel will confer concerning an agenda of matters to be discussed at the scheduling conference.

9. The parties do not consent to trial by magistrate.

10. Status Conferences. The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

11. Additional Conferences. Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled.

12. Early Resolution of Issues. The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

13. Pretrial Conference. Lead trial counsel are required to attend any pretrial conference.

Paul Jones   /s/ Paul Jones                                                          May 10, 2024

79 Thompson Street

Springfield, MA 01109

(413) 302-6079

Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I, the Plaintiff Paul Jones, hereby certify that on this May 10, 2024, a copy of the Attached Document was served via electronic mail to All Attorneys of Record.

Paul Jones Prose        /s/ Paul Jones                              Dated: May 10, 2024

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com


David Alan Casale

Reed Smith LLP

Global Customer Centre

20 Stanwix Street

Pittsburgh, PA 15222

412-288-5937

Fax: 412-288-3063

Email: dcasale@reedsmith.com


Hale Yazicioglu Lake

Hinshaw & Culbertson LLP

53 State Street

27th Floor

Boston, MA 02109

617-213-7000

Email: hlake@hinshawlaw.com

Elaine Carey

Hinshaw & Culbertson LLP

53 State Street

Ste 27th Floor

Boston, MA 02109

617-213-6793

Fax: 617-213-7001

Email: ecarey@hinshawlaw.com

Christopher J. Williamson

Ratchford Law Group, P.C.

89 Newbury Street

Suite 106

Danvers, MA 01923

978-834-6600

Email: cwilliamson@ratchfordlawgroup.com

# DEFENDANTS JOINT STATEMENT PROPOSAL

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| |
|---|
| PAUL JONES, <br><br> Plaintiff, <br><br> v. <br><br> SYNCHRONY FINACIAL d/b/a SYNCHRONY BANK et al <br><br> Defendant. |

Civil Action No. 3:24-CV-30027

### JOINT STATMENT

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. Initial Disclosures. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by 05/25/2024 .

**2.** Amendments to Pleadings. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after: ~~November 5~~June 25, 2024.

**3.** Fact Discovery - Interim Deadlines.

**a.** All requests for production of documents and interrogatories must be served by ~~11/21~~8/26/2024

**b.** All requests for admission must be served by ~~11/21~~8/26/2024.

**c.** All depositions, other than expert depositions, must be completed by ~~01/21~~11/25/2025

**d.** Final Fact Discovery Deadline. All discovery, other than expert discovery, must be completed by 12/21/2024

**4.** Status Conference. A status conference will be held at the court's discretion.

**5.** Expert Discovery.

**a.** Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 17, 2025.

**b.** Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed within 60 days of trial expert disclosure.

**c.** All trial experts must be deposed by August 30, 2025.

**6.     Dispositive Motions.**

**a.**     Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by ~~September 18~~January 31, 2025, with the opposition due 45 days thereafter. In the case of cross-motions the deadlines and page limits for the filings other than the Plaintiff's initial motion are set forth in the Session's Standing Order on Summary Judgment Motions unless specifically modified.

**7.     Initial Pretrial Conference.** An initial pretrial conference will be held on

TBD at _____ a.m./p.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

8. The plaintiff and counsel will confer concerning an agenda of matters to be discussed at the scheduling conference.

9. The parties do not consent to trial by magistrate.

10. Status Conferences. The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

11. Additional Conferences. Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled.

12. Early Resolution of Issues. The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

13. Pretrial Conference. Lead trial counsel are required to attend any pretrial conference.

Paul Jones   /s/ Paul Jones                                                May 10, 2024

79 Thompson Street

Springfield, MA 01109

(413) 302-6079

Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I, the Plaintiff Paul Jones, hereby certify that on this May 10, 2024, a copy of the Attached Document was served via electronic mail to All Attorneys of Record.

Paul Jones Prose   /s/ Paul Jones                              Dated: May 10, 2024

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com


David Alan Casale

Reed Smith LLP

Global Customer Centre

20 Stanwix Street

Pittsburgh, PA 15222

412-288-5937

Fax: 412-288-3063

Email: dcasale@reedsmith.com


Hale Yazicioglu Lake

Hinshaw & Culbertson LLP

53 State Street

27th Floor

Boston, MA 02109

617-213-7000

Email: hlake@hinshawlaw.com

Elaine Carey

Hinshaw & Culbertson LLP

53 State Street

Ste 27th Floor

Boston, MA 02109

617-213-6793

Fax: 617-213-7001

Email: ecarey@hinshawlaw.com

Christopher J. Williamson

Ratchford Law Group, P.C.

89 Newbury Street

Suite 106

Danvers, MA 01923

978-834-6600

Email: cwilliamson@ratchfordlawgroup.com