UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNCHRONY FINANCIAL, et al.,<br><br>    Defendants. | Civil Action No. 24-30027-MGM |

SCHEDULING ORDER

May 16, 2024

MASTROIANNI, U.S.D.J.

The following schedule is entered:

1. Initial disclosures made pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by **May 25, 2024**.

2. Requests to amend the pleadings to add new parties or assert new claims or defenses shall be made by **June 25, 2024**.

3. Fact discovery shall be completed by **December 23, 2024**.

4. Plaintiff shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **January 23, 2025**.

5. Defendant shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **February 24, 2025**.

6. Expert depositions shall be completed by **March 24, 2025**

7. Dispositive motions, if any, shall be filed by **April 24, 2025**. Oppositions shall be filed by **May 26, 2025**. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

8. A hearing on any filed dispositive motions will be held on **July 17, 2025 at 10:30 a.m.** If no dispositive motions are filed, this shall be converted to a final pretrial conference.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge